UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment
Company, L.P.,

                           Plaintiff,

                                                                            ORDER

       -against-                                                  02 CV 740 (ILG) (MDG)

DWAYNE THOMAS, individually and
d/b/a Styles-N-Cuts,

                           Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Go, dated March 10, 2006, recommended that plaintiff be awarded $7,500 in damages, $2,158 in attorneys' fees and $1,301.36 in costs, for a total judgment of $10,959.36; that objections, if any, must be filed and served by March 28, 2006, and that failure to do so would be regarded as a waiver of their right to appeal. As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff is awarded $7,500 in damages, $2,158 in attorneys' fees and $1,301.36 in costs, for a total judgment of $10,959.36.

       SO ORDERED.

Dated:      Brooklyn, New York
              March 31, 2006

                                                               S/
                                                               I. Leo Glasser